IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GREGORY HANNAH-JONES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO.: 1:24-CV-2736-LMM-JCF |
| | : | |
| AMAZON.COM SERVICES, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

On June 21, 2024, Plaintiff filed this action alleging, *inter alia,* that Defendant terminated her employment in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* (Doc. 1). It does not appear that Plaintiff has served Defendant with the summons and complaint. FED. R. CIV. P. 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

More than 90 days have elapsed since Plaintiff's complaint was filed. Therefore, Plaintiff is **ORDERED** to either submit documentation that service was waived or timely effectuated or to show cause, **within 14 days from the date of**

1

**entry of this Order**, why the complaint should not be dismissed without prejudice for failure to serve Defendant within 90 days of filing of the complaint.

The Clerk is **DIRECTED** to re-submit this matter to the undersigned Magistrate Judge at the expiration of the allotted time if Plaintiff fails to comply with this Order.

**SO ORDERED** this 20th day of September, 2024.

*/s/ J. Clay Fuller*
J. CLAY FULLER
UNITED STATES MAGISTRATE JUDGE

2