# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| GREGORY HANNAH-JONES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE NO.: |
| | : | 1:24-CV-2736-LMM-JCF |
| AMAZON.COM SERVICES, INC., | : | |
| | : | |
| Defendants. | : | |

## FINAL REPORT AND RECOMMENDATION

Plaintiff filed this action alleging that the defendant terminated his employment in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. (Doc. 1). To date, Plaintiff have not served Defendant with the summons and complaint.

FED.R.CIV.P. 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Because more than 90 days had elapsed since Plaintiff filed his Complaint, the Court entered an Order on September 20, 2024 directing Plaintiff to either submit documentation that service was waived or timely effectuated or to show cause, within 14 days from the date of entry of the Order, why the complaint should not

be dismissed pursuant to Rule 4(m). (Doc. 4). Plaintiff has failed to comply with the Court's Order in its entirety.

Accordingly, it is **RECOMMENDED** that Plaintiff's complaint be **DISMISSED, without prejudice**, for their failure to serve Defendant within 90 days of filing their complaint pursuant to FED.R.CIV.P. 4(m) and pursuant to LR 41.3A(2), NDGa. for their failure to comply with an Order of the Court. The Clerk is **DIRECTED** to terminate the referral of this action to the undersigned.

**IT IS REPORTED AND RECOMMENDED** this 7th day of October, 2024.

*/s/ J. Clay Fuller*
J. CLAY FULLER
UNITED STATES MAGISTRATE JUDGE